IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WALTER E. RYAN, JR. and RYAN ASSET MANAGEMENT, LLC on Behalf of Themselves and All Others Similarly Situated, | § § § § § | No. 224, 2023 |
| | § § | Court Below—Court of Chancery of the State of Delaware |
| Plaintiffs Below, Appellants, | § § § | |
| | § | C.A No. 2022-0255 |
| v. | § § | |
| | § | |
| TRACY ACCARDI, JAMES R. BERGMAN, JOSEPH R. BRONSON, TUNC DOLUCA, ROBERT E. GRADY, MERCEDES JOHNSON, WILLIAM P. SULLIVAN, WILLIAM D. WATKINS, MARYANN WRIGHT, and ANALOG DEVICES, INC., | § § § § § § § § § § | |
| | § | |
| Defendants Below, Appellees. | § § | |

Submitted: February 14, 2024
Decided: February 26, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

This 26th day of February 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its May 2, 2023 order and transcript ruling granting appellees'

motion to dismiss appellants' complaint and its May 30, 2023 order denying appellants' motion for reargument.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice